IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES EWING, Individually
and on Behalf of All Others
Similarly Situated                                                          PLAINTIFF

v.                              No. 3:19-cv-232-DPM

PIZZA CZAR, INC. and
SHANE HOLLOWAY                                                       DEFENDANTS

## ORDER

Joint motion to stay, № 8, granted as modified. This case is stayed, and all deadlines are suspended. Joint report on mediation due by 10 January 2020.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2019