IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES EWING, Individually and on
behalf of all others similarly situated**                                                                **PLAINTIFFS**

v.                            Case No.: 3:19-cv-00232-LPR

**PIZZA CZAR, INC., &
SHANE HOLLOWAY**                                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is dismissed with prejudice.[1]

IT IS SO ADJUDGED this 2nd day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court retains jurisdiction to enforce the terms of the Settlement Agreement.